**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Dennis Ryan, Jr., as trustee for the Heirs and Next-of-Kin of Jerome Deon Ladette Harrell, | Court File No.: 14-CV-1776 (DWF/LIB) |
| Plaintiff, | |
| v. | |
| Officer Mary Armstrong, Individually and in their official capacity, et al., | |
| Defendants. | |

---

**PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF ALL CLAIMS INCLUDING WRONGFUL DEATH CAUSE OF ACTION AND TO APPROVE DISTRIBUTION OF FUNDS**

---

Pursuant to the United States District Court Local Rule 17.1 and consistent with Rule 144.05 of Minnesota Rules of Practice, the Plaintiff Dennis Ryan, Jr., as trustee for the heirs and Next-of-Kin of Jerome Deon Ladette Harrell by and through his attorney Kenneth Ubong Udoibok, P.A., moves this Court for leave to accept the compromise of all the claims in this matter and distribute Three Hundred and Fifty Thousand Dollars ($350,000) in complete settlement of the causes of action against all Defendants. The above-referenced amount represents the full and complete settlement of all matters and controversy in this case and deposes and states the following:

1.   That in accordance with Local Rule 16.5(b) and this Court's Order, the parties participated in a settlement conference before the United States Magistrate Judge on

January 10, 2018.  *See Doc. 57*.  Therein, the parties reached a final settlement agreement of all claims and requested the dismissal of the claims before the Court.  *See Doc. 61*.

2.     That in consideration of the total sum of Three Hundred and Fifty Thousand Dollars ($350,000), the receipt and release of all defendants was acknowledged and executed on January 24, 2018 by Trustee Dennis Ryan, Jr. *See Ex. 3, Aff. Kenneth Udoibok.*

3.     Because the Plaintiff entered into a contingency fee agreement with **Kenneth Ubong Udoibok, P.A.**, the Plaintiff now requests the approval of attorney's fees in the sum of One Hundred and Forty Thousand Dollars ($140,000).  The Plaintiff's attorney also incurred reasonable and necessary expenses in the amount of Twenty Five Thousand, Three Hundred and Fifty Seven Dollars, Thirty Eight Cents ($25,357.38) (attached as Exhibit 1, Aff. Kenneth Udoibok).  Plaintiff submits Exhibit 1 as confidential work-product.

4.     At the time of his death Jerome Deon Ladette Harrell left surviving him:

   A.   Tonya Harrell, 46, Mother, 4115 Belvedere Square, No. C, Decatur, Georgia 30045;

   B.   Laterrel Harrell, 26, Sister; 4329 Webber Parkway, No. 6, Minneapolis, MN 55412;

   C.   Angel Harrell, 19, Sister; 2516 Lyndale Avenue North, Minneapolis, MN 55411; and

   D.   Dennis Ryan, 30, Cousin and Trustee, 1026 Erving Avenue North, Minneapolis, Minnesota 55411.

5.  Plaintiff requests that the net settlement proceeds of One Hundred and Eighty Four Thousand, Six Hundred and Forty Two Dollars, Sixty Two Cents ($184,642.62) be allocated in the following manner and as expressed in detail in of the Plaintiff's counsel Kenneth Udoibok's affidavit:

> A. Tonya Harrell      $75,321.32
>
> B. Laterrel Harrell   $37,660.65
>
> C. Angel Harrell      $37,660.65
>
> D. Dennis Ryan        $8,931.00 funeral related expenses and additional $25,069.00 for Trustee Services totaling $34,000.

6.  The Plaintiff requests that this case be dismissed with prejudice against all Defendants with the parties to bear their costs.

7.  The attached affidavit is the affidavit of the Plaintiff counsel Kenneth Udoibok.

8.  The trustee and all the heirs agree with this petition, as well as the proposed distribution of the funds.  The trustee and the heirs waive their rights to a hearing of this matter and ask that the Court approve the distribution and dismiss all the claims against all the Defendants with prejudice.

**WHEREFORE**, Plaintiff Dennis Ryan prays for the entry of an Order approving the settlement of this case, approving the attorney's fees and litigation expenses incurred in this case and making findings approving the distribution of the settlement as recommended by the Plaintiff and heirs of the decedent, and dismissing all the claims against all the Defendants with prejudice.

| | |
|---|---|
| Wednesday, January 31, 2018 | **KENNETH UBONG UDOIBOK, P.A.**<br><br>By: s/Kenneth U. Udoibok<br>Kenneth U. Udoibok (#0262523)<br>The Four Exchange Building, Suite 5010<br>310 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: (612)808-6031<br>k@KenULaw.com<br>***Attorney for Plaintiff*** |