# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dennis Ryan, Jr., as trustee for the Heirs and Next-of-Kin of Jerome Deon Ladette Harrell,<br><br>　　　Plaintiff,<br><br>v.<br><br>Officer Mary Armstrong, Individually and in their official capacity, et al.,<br><br>　　　Defendants. | Court File No.: 14-CV-1776 (DWF/LIB) |

## PLAINTIFF'S STATEMENT REGARDING SEALED EXHIBIT 1

　　Plaintiff, through his undersigned counsel, states that Exhibit 1 to the Affidavit of Kenneth Udoibok filed in support of Plaintiff's Motion to Approve Settlement of All Claims Including Wrongful Death Cause of Action and to Approve Distribution of Funds is confidential, because the entire document is attorney work-product.

| | |
|---|---|
| Wednesday, January 31, 2018 | **KENNETH UBONG UDOIBOK, P.A.**<br><br>By: s/Kenneth U. Udoibok<br>Kenneth U. Udoibok (#0262523)<br>The Four Exchange Building, Suite 5010<br>310 South Fourth Street<br>Minneapolis, MN 55415<br>Phone: (612)808-6031<br>k@KenULaw.com<br>*Attorney for Plaintiff* |